1  JAMES DAL BON, Bar No. 157942
   TOMAS E. MARGAIN, Bar No. 193555
2  DAL BON & MARGAIN, APC
   28 NORTH 1ST SUITE 210
3  SAN JOSE, CA 95113
   TEL (408) 297-4729
4  FAX (408) 297-4728

5  jdblaw@earthlink.net
6  margainlaw@hotmail.com

7  Attorneys for Plaintiffs

8

9                    UNITED STATES DISTRICT COURT

10

11                  NORTHERN DISTRICT OF CALIFORNIA

                            SAN JOSE DIVISION
12

13                                    )  Case No.      C09-04047 JW RS
   JUAN    CARLOS    CUELLAR;   JOSE )
   ALBERTO GARCIA; JORGE ALEGRIA;)
14 JORGE  CALDERON;   and   ISMAEL)    NOTICE OF DISMISSAL WITH
   CALDERON,                       )  PREJUDICE AS TO JEFF LUCHETTI
15                                    )  CONSTRUCTION, INC.; FIDELITY
                                   )  AND DEPOSIT COMPANY OF
16           Plaintiffs,            )  MARYLAND; AND EVERGREEN
                                   )  SCHOOL DISTRICT
17       v.                        )
                                   )
18 ANTHONY FIDEL ALAMILLO; FIDEL )
   CABRAL ALAMILLO; CARRIE ANN      )
19 ALAMILLO; C&F ALAMILLO STEEL, A  )
   PARTNERSHIP;  AMERICAN           )
20 CONTRACTORS INDEMNITY COMPANY;)
   TRAVELERS CASUALTY AND SURETY   )
21 COMPANY OF AMERICA; SAFECO       )
   INSURANCE COMPANY OF AMERICA;    )
22 FIDELITY AND DEPOSIT COMPANY OF  )
   MARYLAND; JEFF LUCHETTI          )
23 CONSTRUCTION, INC.;              )
   GONSALVES & STRONCK              )
24 CONSTRUCTION COMPANY, INC.; PAGE )
   CONSTRUCTION COMPANY;            )
25 EVERGREEN SCHOOL DISTRICT;       )
   MENLO PARK CITY SCHOOL DISTRICT; )
26 CITY OF SANTA CLARA ,            )
                                   )
27           Defendants.            )
                                   )
28 ─────────────────────────────── )

   **DISMISSAL WITH PREJUDICE**              1

IT IS SO ORDERED

Judge James Ware

2/18/2010

DAL BON & MARGAIN
ATTORNEYS AT LAW
A PROFESSIONAL CORPORATION

1  NOTICE IS HEREBY GIVEN THAT PLAINTIFFS:

2      (1) JUAN CARLOS CUELLAR;

3      (2) JOSE ALBERTO GARCIA;

4      (3) JORGE ALEGRIA;

5      (4) JORGE CALDERON; and

7      (5) ISMAEL CALDERON

8  hereby dismiss defendants:

9          (1) JEFF LUCHETTI CONSTRUCTION, INC.;

10         (2) FIDELITY AND DEPOSIT COMPANY OF MARYLAND; AND

11         (3) EVERGREEN SCHOOL DISTRICT

12 with prejudice pursuant to FRCP 41(a)(2).

14                              Respectfully submitted,

16                              By:   //s// Tomas E. Margain

17                                    TOMAS MARGAIN
                                      Attorneys for Plaintiffs

**DISMISSAL WITH PREJUDICE**          2