JAMES DAL BON, Bar No. 157942
TOMAS E. MARGAIN, Bar No. 193555
DAL BON & MARGAIN, APC
28 NORTH 1ST SUITE 210
SAN JOSE, CA 95113
TEL (408) 297-4729
FAX (408) 297-4728

jdblaw@earthlink.net
margainlaw@hotmail.com

Attorneys for Plaintiffs

**IT IS SO ORDERED**
Judge James Ware
2/18/2010

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN JOSE DIVISION

| | |
|---|---|
| JUAN CARLOS CUELLAR; JOSE ALBERTO GARCIA; JORGE ALEGRIA; JORGE CALDERON; and ISMAEL CALDERON,<br><br>Plaintiffs,<br><br>v.<br><br>ANTHONY FIDEL ALAMILLO; FIDEL CABRAL ALAMILLO; CARRIE ANN ALAMILLO; C&F ALAMILLO STEEL, A PARTNERSHIP; AMERICAN CONTRACTORS INDEMNITY COMPANY; TRAVELERS CASUALTY AND SURETY COMPANY OF AMERICA; SAFECO INSURANCE COMPANY OF AMERICA; FIDELITY AND DEPOSIT COMPANY OF MARYLAND; JEFF LUCHETTI CONSTRUCTION, INC.; GONSALVES & STRONCK CONSTRUCTION COMPANY, INC.; PAGE CONSTRUCTION COMPANY; EVERGREEN SCHOOL DISTRICT; MENLO PARK CITY SCHOOL DISTRICT; CITY OF SANTA CLARA,<br><br>Defendants. | Case No.   C09-04047 JW RS<br><br>**NOTICE OF DISMISSAL WITHOUT PREJUDICE AS TO AMERICAN CONTRACTORS INDEMNITY COMPANY** |

**DISMISSAL WITHOUT PREJUDICE**                                                      1

NOTICE IS HEREBY GIVEN THAT PLAINTIFFS:

(1) JUAN CARLOS CUELLAR;

(2) JOSE ALBERTO GARCIA;

(3) JORGE ALEGRIA;

(4) JORGE CALDERON; and

(5) ISMAEL CALDERON

hereby dismiss defendant AMERICAN CONTRACTORS INDEMNITY COMPANY **without** prejudice pursuant to FRCP 41(a)(2).

Dated: February 8, 2010

                                        Respectfully submitted,

                                        By:   //s// Tomas E. Margain

                                                TOMAS MARGAIN
                                                Attorneys for Plaintiffs