JAMES DAL BON, Bar No. 157942
TOMAS E. MARGAIN, Bar No. 193555
DAL BON & MARGAIN, APC
28 NORTH 1ST SUITE 210
JAMES DAL BON, Bar No. 157942
TOMAS E. MARGAIN, Bar No. 193555
DAL BON & MARGAIN, APC
28 NORTH 1ST SUITE 210
SAN JOSE, CA 95113
TEL (408) 297-4729
FAX (408) 297-4728

jdblaw@earthlink.net
margainlaw@hotmail.com

Attorneys for Plaintiffs

*[Court Seal: UNITED STATES DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA — IT IS SO ORDERED, Judge James Ware, 2/18/2010]*

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN JOSE DIVISION

| | |
|---|---|
| JUAN CARLOS CUELLAR; JOSE ALBERTO GARCIA; JORGE ALEGRIA; JORGE CALDERON; and ISMAEL CALDERON,<br><br>　　　　Plaintiffs,<br><br>　v.<br><br>ANTHONY FIDEL ALAMILLO; FIDEL CABRAL ALAMILLO; CARRIE ANN ALAMILLO; C&F ALAMILLO STEEL, A PARTNERSHIP; AMERICAN CONTRACTORS INDEMNITY COMPANY; TRAVELERS CASUALTY AND SURETY COMPANY OF AMERICA; SAFECO INSURANCE COMPANY OF AMERICA; FIDELITY AND DEPOSIT COMPANY OF MARYLAND; JEFF LUCHETTI CONSTRUCTION, INC.; GONSALVES & STRONCK CONSTRUCTION COMPANY, INC.; PAGE CONSTRUCTION COMPANY; EVERGREEN SCHOOL DISTRICT; MENLO PARK CITY SCHOOL DISTRICT; CITY OF SANTA CLARA ,<br><br>　　　　Defendants. | Case No.　C09-04047 JW RS<br><br>**NOTICE OF DISMISSAL WITH PREJUDICE AS TO PAGE CONSTRUCTION COMPANY; TRAVELERS CASUALTY AND SURETY COMPANY OF AMERICA; AND CITY OF SANTA CLARA** |

**DISMISSAL WITH PREJUDICE**　　　　1

NOTICE IS HEREBY GIVEN THAT PLAINTIFFS:

    (1) JUAN CARLOS CUELLAR;

    (2) JOSE ALBERTO GARCIA;

    (3) JORGE ALEGRIA;

    (4) JORGE CALDERON; and

    (5) ISMAEL CALDERON

hereby dismiss defendants:

        (1) PAGE CONSTRUCTION COMPANY;

        (2) TRAVELERS CASUALTY AND SURETY COMPANY OF AMERICA; AND

        (3) CITY OF SANTA CLARA

with prejudice pursuant to FRCP 41(a)(2).

Dated: February 8, 2010

                                      Respectfully submitted,

                                By:   //s// Tomas E. Margain

                                    TOMAS MARGAIN
                                    Attorneys for Plaintiffs