IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| Juan Carlos Cuellar, et al., | NO. C 09-04047 JW |
| Plaintiffs, | **ORDER CONTINUING PRELIMINARY PRETRIAL CONFERENCE** |
| v. | |
| Anthony Fidel Alamillo, et al., | |
| Defendants. | |

This case is scheduled for a Preliminary Pretrial Conference on September 20, 2010. Pursuant to the Federal Rules of Civil Procedure and Local Rules of this Court, the parties conferred and duly submitted a Joint Case Management Statement. (See Docket Item No. 30.)

In their joint submission, the parties represent that they have set a mediation session through the Court's ADR program on October 15, 2010 with mediator Robert Edwards. Upon review, the Court finds good cause to continue the Preliminary Pretrial Conference until after their mediation session. Accordingly, the September 20 Conference is CONTINUED until **November 1, 2010 at 10 a.m.** On or before **October 22, 2010**, the parties shall file a Joint Preliminary Pretrial Conference Statement. The Statement shall include, among other things, an update on the parties' mediation efforts and the parties' proposed trial schedule.

This is the parties' final continuance.  Since the parties have previously failed to file a timely Joint Statement resulting in the continuance of the Conference, the parties are on notice that monetary sanctions may be warranted if the parties continue to ignore the Court's deadlines.

Dated:  September 15, 2010

JAMES WARE
United States District Judge

**THIS IS TO CERTIFY THAT COPIES OF THIS ORDER HAVE BEEN DELIVERED TO:**

Herbert Paul Bryant eastbaylaw@aol.com
James Dal Bon jdblaw@earthlink.net
Tomas Eduardo Margain margainlaw@hotmail.com

**Dated: September 15, 2010**                           **Richard W. Wieking, Clerk**

                                                        **By:  /s/ JW Chambers**
                                                              **Elizabeth Garcia**
                                                              **Courtroom Deputy**

**United States District Court**
For the Northern District of California