1
2
3
4
5
6
7
8                          UNITED STATES DISTRICT COURT

9                         NORTHERN DISTRICT OF CALIFORNIA

10                                SAN JOSE DIVISION

11

12   JUAN CARLOS CUELLAR, et al.          )        Case No.: C 09-4047 PSG
                                          )
13                    Plaintiffs,         )        **ORDER TO SHOW CAUSE WHY**
                                          )        **CASE SHOULD NOT BE DISMISSED**
14          v.                            )        **FOR FAILURE TO PROSECUTE**
                                          )
15   ANTHONY FIDEL ALAMILLO, et al.,      )
                                          )
16                    Defendants.         )
     _____)
17

18          This case was originally assigned to District Judge James Ware.  On September 10, 2010, the

19   parties filed a Joint Pretrial Statement, in which they consented to Magistrate Judge jurisdiction.

20   Thereafter, the case was reassigned to the undersigned.  A case management conference was

21   scheduled in this matter for December 14, 2010.  None of the parties appeared.  Additionally, none

22   of the parties filed a case management conference statement pursuant to Civ L.R. 16-9.

23          Under Federal Rule of Civil Procedure 41(b), if the plaintiff fails to prosecute or to comply

24   with these rules or a court order, the court may dismiss the action sua sponte.  *Link v. Wabash R.R.*

25   *Co.*, 370 U.S. 626, 630, 82 S.Ct. 1386, 1388, 8 L.Ed.2d 734 (1962).  Accordingly, Plaintiffs are

26   ordered to show cause why the case should not be dismissed for failure to prosecute.  Plaintiffs shall

27

28

1  respond in writing no later than December 28, 2010.

2         IT IS SO ORDERED.

3

4  Dated: December 15, 2010

5                                        _____
                                         PAUL S. GREWAL
6                                        United States Magistrate Judge

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28