UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| JUAN CARLOS CUELLAR, et al.<br><br>        Plaintiffs,<br><br>  v.<br><br>ANTHONY FIDEL ALAMILLO, et al.,<br><br>        Defendants. | Case No.: C 09-4047 PSG<br><br>**ORDER THAT ANSWER BE STRICKEN, DEFAULT ENTERED, AND ALLOWING PLAINTIFFS TO APPLY FOR DEFAULT JUDGMENT** |

A case management conference was scheduled in this matter for December 28, 2010. Counsel for Defendants did not appear. Defendants' counsel also failed to appear at the case management conference scheduled for December 14, 2010. Additionally, Defendants have failed on four separate occasions to file a timely Case Management Statement. (*See* Clerk's Notice Continuing Case Management Conference, September 9, 2010; Order Vacating Preliminary Pretrial Conference, October 28, 2010; Order to Show Cause Why Case Should Not Be Dismissed for Failure to Prosecute, December 15, 2010; Order Dissolving December 15, 2010 Order to Show Cause, December 20, 2010).

On December 28, 2010, the court ordered Defendants to respond in writing by January 4, 2011 to show cause why their answer should not be stricken, default entered, and a default judgment issued against them in this manner. (*See* Order to Show Cause Why Answer Should Not

Be Stricken, Default Entered, and a Default Judgment Issued Against Defendants). Defendants have not responded to that order.

If a defendant has failed to defend and that failure is shown by affidavit or otherwise, then the clerk must enter the defendant's default. Fed. R. Civ. P. 55(a). The clerk or the court, upon the plaintiff's request, may then issue a default judgment against the defendant. Fed. R. Civ. P. 55(b). Accordingly,

IT IS HEREBY ORDERED that Defendants' answer is stricken.

IT IS FURTHER ORDERED that Defendants' default will be entered.

IT IS FURTHER ORDERED that Plaintiffs shall apply for a default judgment no later than January 21, 2011.

Dated: January 7, 2011

_____
PAUL S. GREWAL
United States Magistrate Judge