JAMES DAL BON, Bar No. 157942
TOMAS E. MARGAIN, Bar No. 193555
DAL BON & MARGAIN, APC
28 NORTH 1ST SUITE 700
SAN JOSE, CA 95113
TEL (408) 297-4729
FAX (408) 297-4728

Attorneys for Plaintiffs

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA
# SAN JOSE DIVISION

| | |
|---|---|
| JUAN CARLOS CUELLAR; JOSE ALBERTO GARCIA; JORGE ALEGRIA; JORGE CALDERON; and ISMAEL CALDERON,<br>　　　　Plaintiffs,<br>v.<br><br>ANTHONY FIDEL ALAMILLO; FIDEL CABRAL ALAMILLO; CARRIE ANN ALAMILLO; C&F ALAMILLO STEEL, A PARTNERSHIP<br>　　　　Defendants. | Case No. C09-04047 PSG<br><br>**STIPULATION TO MODIFY PRETRIAL DEADLINES; ORDER** |

The parties through their attorneys' of record hereby Stipulate as follows:

　　1.　At a December 28, 2010 Pretrial Conference, the Court set a pre-trial fact discovery cut off as March 2, 2011;

　　2.　After the hearing the Court issued an OSC and after a deadline passed struck the Answer. An affidavit to set aside was filed by Defendants and Plaintiffs; did not oppose it. This caused a delay in an already short discovery window;

3. Defendants noticed depositions prior to the cut off and Plaintiffs' counsel asked for them to be re-calendared in early March due to calendar conflicts. Presently, the parties have calendared Plaintiff's Depositons from March 3rd and March 7th which is after the cut off. Plaintiffs' counsel also has a discovery motion pending and is awaiting Initial Disclosures and Discovery responses. Plaintiffs' counsel wants to take Defendants' depositons after getting the responses;

4. An extension of the cut off to March 31, 2011 is sought to work through these issues.

IT IS SO STIPULATED

Dated: March 1, 2011

By: ___/s/ H. Paul Bryant___
H. Paul Bryant
Attorneys for Defendants

Dated: February 24, 2011

Tomas Margain
DAL BON & MARGAIN, APC

By: ___//s// Tomas Margain___
Tomas Margain
Attorneys for Plaintiffs

1  **PURSUANT TO STIPULATION, IT IS HEREBY ORDERED** that

Based on the Stipulation and Good Cause Shown, The Fact Discovery Cut off date

is continued from March 2, 2011 through March 31, 2011.

**IT IS SO ORDERED.**

Dated:  March 4, 2010

                                **Hon.  Paul Singh Grewal**

                                United States Maistrate Judge