UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| JUAN CARLOS CUELLAR, ET AL., ) <br> ) <br> Plaintiffs, ) <br> v. ) <br> ) <br> ANTHONY FIDEL ALAMILLO, ET AL., ) <br> ) <br> Defendants. ) <br> ) | Case No.: C 09-4047 PSG <br><br> **ORDER DEEMING STIPULATION AS A STIPULATED MOTION AND DENYING MOTION TO CONTINUE TRIAL AND PRETRIAL DATES** <br><br> **(Re: Docket No. 60)** |

On June 6, 2011, the parties filed a stipulation to continue the trial and pretrial dates. The court deems this stipulation to be a stipulated motion to continue the trial and pretrial dates.[1] The pretrial conference is set for June 21, 2011, and trial is set for July 12, 2011. The parties request those dates be continued thirty-five days. The parties have not shown good for the requested continuance.

Accordingly, IT IS HEREBY ORDERED that the motion to continue the trial and pretrial dates is DENIED.

Dated: June 10, 2011

_____
PAUL S. GREWAL
United States Magistrate Judge

---

[1] *See* Civ. L.R. 40-1 ("No continuance of a scheduled trial date will be granted except by order of the Court issued in response to a motion made in accordance with the provisions of Civil L.R. 7.").

Case No.: 09-4047
ORDER