UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| JUAN CARLOS CUELLAR, ET AL.,<br><br>　　　　　Plaintiffs,<br>　　v.<br><br>ANTHONY FIDEL ALAMILLO, ET AL.,<br><br>　　　　　Defendants. | Case No.: C 09-4047 PSG<br><br>**ORDER GRANTING MOTION TO WITHDRAW AS ATTORNEY OF RECORD; REQUIRING DEFENDANTS TO SHOW CAUSE WHY THE ANSWER SHOULD NOT BE STRICKEN AND DEFAULT ENTERED; REQUIRING PLAINTIFFS JOSE GARCIA AND JORGE CALDERON TO SHOW CAUSE WHY THEIR CLAIMS SHOULD NOT BE DISMISSED; AND VACATING TRIAL DATE**<br><br>**(Re: Docket No. 67)** |

On June 21, 2011, the parties appeared for a pretrial conference. Pursuant to this court's standing orders, no later than June 7, 2011, the parties were required to file trial briefs, any Motions *in Limine*, deposition transcripts and any other discovery responses that will be entered as evidence, proposed findings of fact and conclusions of law, and a joint pretrial statement. Plaintiffs Juan Carlos Cuellar, Jorge Alegria, and Ismael Calderon filed the required materials. Plaintiff Jose Alberto Garcia ("Garcia"), Plaintiff Jorge Calderon ("Calderon"), and Defendants failed to file any of the aforementioned documents. On June 21, 2011, counsel for Defendants H. Paul Bryant ("Bryant") moved to withdraw as attorney of record.

1

Case No.: 09-4047 PSG
ORDER

**United States District Court**
For the Northern District of California

IT IS HEREBY ORDERED that, based on Bryant's motion to withdraw, the discussion at the pretrial conference with Defendants, and Defendants' consent to Bryant's withdrawal, Bryant's motion to withdraw as attorney of record is GRANTED.

IT IS FURTHER ORDERED that Garcia and Calderon or their counsel shall appear before the court on Tuesday, June 28, 2011 at 2 p.m. to show cause why the complaint should not be dismissed as to their claims based on their failure to submit any of the final pretrial filings required by this court's standing order.

IT IS FURTHER ORDERED that Defendants or their counsel shall appear before the court on Tuesday, June 28, 2011 at 2 p.m. to show cause why the answer should not be stricken and default entered based on their failure to submit any of the final pretrial filings required by this court's standing order.

IT IS FURTHER ORDERED that the trial date is vacated.

Dated: June 22, 2011

_____
PAUL S. GREWAL
United States Magistrate Judge

2
Case No.: 09-4047 PSG
ORDER