**United States District Court**
For the Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| JUAN CARLOS CUELLAR, ET AL., ) | Case No.: C 09-04047 PSG |
| ) | |
| Plaintiffs, ) | **ORDER REFERRING CASE FOR** |
| v. ) | **SETTLEMENT CONFERENCE** |
| ) | |
| ANTHONY FIDEL ALAMILLO, ET AL., ) | |
| ) | |
| Defendants. ) | |
| ) | |

IT IS HEREBY ORDERED that this case is referred for a judicial settlement conference with Magistrate Judge Jacqueline S. Corley. Parties shall contact Courtroom Deputy Ada Means at 415-522-2015 to make arrangements for the settlement conference. The undersigned will discuss this referral with the parties at the Final Pretrial Conference tomorrow, Friday, July 8, 2011 at 2 p.m.

Dated:  July 7, 2011

_____
PAUL S. GREWAL
United States Magistrate Judge

Case No.: 09-4047 PSG
ORDER

1

**Notice of this filing was automatically mailed to counsel via the court's Electronic Case Filing system.**

**A copy of this filing was mailed to:**

Anthony Cabral Alamillo
P.O. Box 1143
Brentwood, California 94513

Carrie Ann Alamillo
P.O. Box 1143
Brentwood, California 94513

Anthony Fidel Alamillo
P.O. Box 1143
Brentwood, California 94513

Dated: July 7, 2011

                                                 */s/ Chambers Staff*
                                            Chambers of U.S. Magistrate Judge Paul S. Grewal