UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| JUAN CARLOS CUELLAR, ET AL., ) | Case No.: C 09-4047 PSG |
| Plaintiffs, ) | **STANDBY ORDER TO SHOW CAUSE** |
| v. ) | |
| ANTHONY FIDEL ALAMILLO, ET AL., ) | |
| Defendants. ) | |

The court has been informed that the parties have reached a settlement. Accordingly,

IT IS HEREBY ORDERED that the parties shall submit a stipulation to dismiss the case no later than August 16, 2011.

IT IS FURTHER ORDERED that if the parties do not file a stipulation to dismiss the case by the above-listed date, the parties shall appear before the court on Tuesday, August 23, 2011 at 2 p.m. to show cause why the case should not be dismissed.

Dated: 8/4/2011

PAUL S. GREWAL
United States Magistrate Judge

ORDER